**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Clinton Nurseries of Florida, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **59-3167368** |
| 4. | Debtor's address | **Principal place of business**<br>**1415 East Peidmont Drive, Ste. 4**<br>**Tallahassee, FL 32308**<br>Number, Street, City, State & ZIP Code<br><br>**Leon**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Clinton Nurseries of Florida, Inc.**    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **1114**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment**   Relationship _____
District _____   When _____   Case number, if known _____

Debtor **Clinton Nurseries of Florida, Inc.**  Case number (*if known*) _____
Name

11. **Why is the case filed in *this district*?**   *Check all that apply:*
    - ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    - ■ No
    - ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
               Contact name _____
               Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*
    - ■ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ■ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ■ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ■ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 18, 2017**
                       MM / DD / YYYY

X **/s/ David Richards**                                              **David Richards**
Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

X **/s/ Eric Henzy**                          Date   **December 18, 2017**
Signature of attorney for debtor                        MM / DD / YYYY

**Eric Henzy**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone   **(203) 368-4234**        Email address   **ehenzy@zeislaw.com**

**ct12849**
Bar number and State

Debtor **Clinton Nurseries of Florida, Inc.**  Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF CONNECTICUT

Case number (*if known*) _____   Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Clinton Nurseries of Maryland** | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **Clinton Nurseries, Inc.** | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **Triem, LLC** | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | Case number, if known | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

## RESOLUTIONS ADOPTED BY

## <u>CLINTON NURSERIES OF FLORIDA, INC.</u>

I HEREBY CERTIFY to the following: (i) the undersigned is the President of Clinton Nurseries of Florida, Inc., a Florida corporation (the "Corporation"); (ii) the following is a true and accurate copy of the resolutions adopted by the Board of Directors of the Corporation on or about December 14, 2017 (the "Resolutions"); and (iii) the Resolutions do not conflict with any order of any court or the Articles of Incorporation, Bylaws or regulations of the Corporation, and have not been in any way altered, amended, or repealed, and are in full force and effect, unrevoked and unrescinded as of this date;

**RESOLVED**, that the Corporation shall (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (11 U.S.C. § 101, *et seq.*, hereinafter referred to as the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and

**FURTHER RESOLVED**, that the President of the Corporation shall be, and hereby is authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, (iv) any and all other documents necessary or appropriate in connection therewith; and

**FURTHER RESOLVED**, that the President of the Corporation shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Corporation, as debtor and debtor-in-possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364; and

**FURTHER RESOLVED**, that the law firm of Zeisler & Zeisler, P.C. shall be, and it hereby is, authorized and empowered to represent the Corporation, as bankruptcy counsel, in the Corporation's Chapter 11 case; and

**FURTHER RESOLVED**, that the President of the Corporation shall be, and hereby is, authorized and empowered to retain, on behalf of the Corporation, attorneys, financial advisors, investment bankers, accountants, and experts as the President so acting shall deem appropriate in his judgment; and

**FURTHER RESOLVED**, that the President of the Corporation shall be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses as he shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of these Resolutions; and

**FURTHER RESOLVED**, that all of the acts and transactions of any one or more of the Officers of the Corporation, which have been taken, caused to have been taken, or made prior to the effective date of these Resolutions in connection with the matters set forth in these Resolutions, are hereby ratified, confirmed and approved.

**IN WITNESS WHEREOF**, the undersigned, being the President of the Corporation, has caused this instrument to be signed as of the 14 day of December, 2017.

David E. Richards
President of Clinton Nurseries of Florida, Inc.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clinton Nurseries of Florida, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 18, 2017**    X **/s/ David Richards**
Signature of individual signing on behalf of debtor

**David Richards**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Clinton Nurseries of Florida, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nursery Supplies, Inc. Attn: Pres. GP. or Mang. Mbr. P.O. Box 664010 Dallas, TX 75266 | Ken Hebert, CFO 717-263-7780 x255 | | | | | $842,072.60 |
| Star Roses Attn: Pres. GP. or Mang. Mbr. P.O. Box 217 Dinuba, CA 93618 | David F. Watkins dwatkins@starrosesandplants.com 215-837-0512 | | | | | $788,369.70 |
| Container Centralen, Inc. Attn: Pres. GP. or Mang. Mbr. 855 E Plant Street Winter Garden, FL 34787 | Greg Chouljian greg.chouljian@cc-racks.com 407-287-6590 | | | | | $542,360.07 |
| Harrell's LLC Attn: Pres. GP. or Mang. Mbr. P.O. Box 935358 Atlanta, GA 31193 | creditar@harrells.com 800-780-2774 | | | | | $249,031.05 |
| LM Farms, LLC Attn: Pres. GP. or Mang. Mbr. PO Box 772990 Chicago, IL 60677 | Jeff Kunovic jeffkunovic@gardensalivefarms.com 614-327-6426 | | | | | $183,850.00 |
| BWI - Apopka Attn: Pres. GP. or Mang. Mbr. P.O. Box 1328 Plymouth, FL 32768 | 407-884-0242 | | | | | $148,204.76 |

Debtor **Clinton Nurseries of Florida, Inc.**　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bankcard Center Attn: Pres. GP. or Mang. Mbr. PO Box 4025 Alameda, CA 94501 | James Salisbury, VP  james.salisbury@bankofthewest.com 916-552-4371 | | | | | $108,934.37 |
| Southern Wholesale Nursery Attn: Pres., GP., or Mng. Mbr. 786 Northcutt Cove Road McMinnville, TN 37110 | Russell Milstead  931-668-9242 | | | | | $105,069.75 |
| Qualitree Propagators, Inc. Attn: Pres. GP. or Mang. Mbr. 51546 Ferry Road Rosedale, BC V0X 1X0, 0 0 | Deborah Woelders  deborah@qualitree.com 877-794-3375 | | | | | $95,561.50 |
| ICS Attn: Pres. GP. or Mang. Mbr. 39 B Teed Dr Randolph, MA 02368 | Tom Dickerson  781-760-0480 | | | | | $93,166.82 |
| Stinchcomb Associates, Inc. Attn: Pres. GP. or Mang. Mbr. 118 East Adams Street Sandusky, OH 44870 | Melissa Graham  stinchcomb_melis@accsandusky.com 419-609-2233 | | | | | $65,604.47 |
| CC Delivery Services, Inc. Attn: Pres. GP. or Mang. Mbr. 855 E Plant Street Winter Garden, FL 34787 | Greg Chouljian  greg.chouljian@cc-racks.com 407-287-6590 | | | | | $54,546.00 |
| Hoffman Nursery Attn: Pres., GP., or Mng. Mbr. 5520 Bahama Road Rougemont, NC 27572 | John Hoffman  grassguy@hoffmannursery.com 919-479-0480 | | | | | $45,045.02 |
| Universal Forest Products Attn: Pres. GP. or Mang. Mbr. P.O. Box 127 Stockertown, PA 18083 | 229-567-3481 | | | | | $42,735.20 |

Debtor **Clinton Nurseries of Florida, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Anthony Tesselaar USA, Inc.<br>Attn: Pres., GP., or Mng. Mbr.<br>15200 Mansel Avenue<br>Lawndale, CA 90260 | 310-349-0714 | | | | | $38,975.80 |
| Airtec Sprayers, Inc.<br>Attn: Pres., GP., or Mng. Mbr.<br>P.O. Box 885<br>Winter Haven, FL 33882 | Shana Warfield<br><br>shana@airtecsprayers.com<br>863-293-5420 | | | | | $38,600.00 |
| Imperial Nurseries, Inc.<br>Attn: Pres., GP., or Mng. Mbr.<br>204 West Newberry Road<br>Bloomfield, CT 06002 | Anthony Galici<br><br>agalici@griffinindustrial.com<br>(860) 286-1307 | | | | | $28,767.97 |
| Cottage Gardens, Inc.<br>Attn: Pres. GP. or Mang. Mbr.<br>4992 Middle Ridge Road<br>Perry, OH 44081 | Rob Uchtman<br><br>ruchtman@cottagegardensinc.com<br>440-725-9199 | | | | | $22,656.00 |
| Graco Fertilizer Company<br>Attn: Pres. GP. or Mang. Mbr.<br>P.O. Box 89<br>Cairo, GA 39828 | info@gracofertilizer.com<br>229-377-1602 | | | | | $21,117.90 |
| East Jordan Plastics Inc.<br>Attn: Pres. GP. or Mang. Mbr.<br>P.O. Box 575<br>East Jordan, MI 49727 | Dave Graham<br><br>dave.graham@ejplastics.com<br>231-944-6280 | | | | | $12,065.90 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
### District of Connecticut

In re: **Clinton Nurseries of Florida, Inc.**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 18, 2017**

**/s/ David Richards**
**David Richards**/**President**
Signer/Title

.

State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


Internal Revenue Service
Centralized Insolvency operation
P.O. Box 7346
Philadelphia, PA 19101-7346


U.S. Department of Justice
Attn: Jeff Sessions, Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530


US Attorney's Office,New Haven
Attn: Christine Sciarrino, Esq
Assistant US Attorney
57 Church Street, Floor 25
New Haven, CT 06510


A.M. Leonard, Inc.
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 816
Piqua, OH 45356


ADP, Inc.
Attn: Pres. GP. or Mang. Mbr.
P.O. 842875
Boston, MA 02284


Agility Network Technologies
Attn: Pres., GP., or Mng. Mbr.
241 John Knox Road, Ste. 100
Tallahassee, FL 32303


Airtec Sprayers, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 885
Winter Haven, FL 33882


Anthony Tesselaar USA, Inc.
Attn: Pres., GP., or Mng. Mbr.
15200 Mansel Avenue
Lawndale, CA 90260

```
APXnet
Attn: Pres. GP. or Mang. Mbr.
2 School Street, Suite 2
Berwick, ME 03901


AT&T
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 6463
Carol Stream, IL 60197


AT&T Readyline (802)
Attn: Pres. GP. or Mang. Mbr.
PO Box 105068
Atlanta, GA 30348


Bank of the West
Attn: Pres., GP., or Mng. Mbr.
6873 N. West Avenue, Ste. 102
Fresno, CA 93711


Bankcard Center
Attn: Pres. GP. or Mang. Mbr.
PO Box 4025
Alameda, CA 94501


BWI - Apopka
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 1328
Plymouth, FL 32768


CC Delivery Services, Inc.
Attn: Pres. GP. or Mang. Mbr.
855 E Plant Street
Winter Garden, FL 34787


Clinton Nurseries of Florida
1415 East Peidmont Drive
Ste. 4
Tallahassee, FL 32308


Clinton Nurseries of Maryland
517 Pond Meadow Road
Westbrook, CT 06498
```

Clinton Nurseries, Inc.
Attn: Pres. GP. or Mang. Mbr.
517 Pond Meadow Road
Westbrook, CT 06498

Clinton Nurseries, Inc.
517 Pond Meadow Road
Westbrook, CT 06498

Container Centralen, Inc.
Attn: Pres. GP. or Mang. Mbr.
855 E Plant Street
Winter Garden, FL 34787

Cottage Gardens, Inc.
Attn: Pres. GP. or Mang. Mbr.
4992 Middle Ridge Road
Perry, OH 44081

East Jordan Plastics Inc.
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 575
East Jordan, MI 49727

FNGLA
Attn: Pres. GP. or Mang. Mbr.
1533 Park Center Drive
Orlando, FL 32835

Graco Fertilizer Company
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 89
Cairo, GA 39828

Harrell's LLC
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 935358
Atlanta, GA 31193

Hoffman Nursery
Attn: Pres., GP., or Mng. Mbr.
5520 Bahama Road
Rougemont, NC 27572

```
Home Depot Credit Services
Dept 32 - 2001993306
Attn: Pres. GP. or Mang. Mbr.
PO Box 9001030
Louisville, KY 40290


ICS
Attn: Pres. GP. or Mang. Mbr.
39 B Teed Dr
Randolph, MA 02368


Imperial Nurseries, Inc.
Attn: Pres., GP., or Mng. Mbr.
204 West Newberry Road
Bloomfield, CT 06002


InStock Retail Services, Inc
Attn: Pres. GP. or Mang. Mbr.
128 Holiday Ct Suite 105
Franklin, TN 37067


Irve J. Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601


Jay L. Welford, Esq.
Jaffe Raitt Heuer & Weiss, P.C
27777 Franklin Road, Ste. 2500
Southfield, MI 48034


Jerue Companies
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 33080
Lakeland, FL 33807


John Henry Company
Attn: Pres. GP. or Mang. Mbr.
75 Remittance Drive, Ste. 3111
Chicago, IL 60675


LM Farms, LLC
Attn: Pres. GP. or Mang. Mbr.
PO Box 772990
Chicago, IL 60677
```

```
Macguyver Media
Attn: Pres. GP. or Mang. Mbr.
3131 Meetinghouse Road
Boothwyn, PA 19061


McCorkle Nurseries, Inc.
Attn: Pres., GP., or Mng. Mbr.
4904 Luckey's Bridge Road SE
Dearing, GA 30808


Nursery Supplies, Inc.
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 664010
Dallas, TX 75266


Prestigious Portable Restrooms
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 312
Quincy, FL 32353


Principle Life Insurance Co.
Attn: Administration
P.O. Box 10372
Des Moines, IA 50306


Qualitree Propagators, Inc.
Attn: Pres. GP. or Mang. Mbr.
51546 Ferry Road
Rosedale, BC V0X 1X0, 0 0


Ring Power Corporation
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 935004
Atlanta, GA 31193


Rockdale Transport Services
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 480
Cairo, GA 39828


Sanitation Products
Attn: Pres. GP. or Mang. Mbr.
8141 Preservation St.
Tallahassee, FL 32312
```

Southern Wholesale Nursery
Attn: Pres., GP., or Mng. Mbr.
786 Northcutt Cove Road
McMinnville, TN 37110


Spring Meadow Nursery, Inc.
Attn: Pres., GP., or Mng. Mbr.
12601 1120th Avenue
Grand Haven, MI 49417


Staples Advantage
Department ATL
Attn: Pres. GP. or Mang. Mbr.
PO Box 405386
Atlanta, GA 30384


Staples Credit Plan
Attn: Pres., GP., or Mng. Mbr.
Dept. 11-0002125136
P.O. Box 9001036
Louisville, KY 40290


Star Roses
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 217
Dinuba, CA 93618


Stinchcomb Associates, Inc.
Attn: Pres. GP. or Mang. Mbr.
118 East Adams Street
Sandusky, OH 44870


Suburban Propane
Attn: Pres. GP. or Mang. Mbr.
PO Box 260
Whippany, NJ 07981


The Conard Pyle Company
Attn: Pres. GP. or Mang. Mbr.
25 Lewis Road
West Grove, PA 19390


Triem, LLC
517 Pond Meadow Road
Westbrook, CT 06498

```
Universal Forest Products
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 127
Stockertown, PA 18083


Varilease Finance, Inc.
Attn: Pres., GP., or Mng. Mbr.
6340 South 3000 East
Ste. 400
Salt Lake City, UT 84121


William B. Freeman, Esq.
Katten Muchin Rosenman
515 South Flower Street
Ste. 1000
Los Angeles, CA 90071
```