**Fill in this information to identify the case:**

Debtor name    **Clinton Nurseries of Florida, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **17-31899**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 16, 2018**        X **/s/ David Richards**
                                            Signature of individual signing on behalf of debtor

                                            **David Richards**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Clinton Nurseries of Florida, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | **17-31899** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nursery Supplies, Inc. Attn: Pres. GP. or Mang. Mbr. P.O. Box 664010 Dallas, TX 75266 | Ken Hebert, CFO  717-263-7780 x255 | | | | | $842,072.60 |
| Star Roses Attn: Pres. GP. or Mang. Mbr. P.O. Box 217 Dinuba, CA 93618 | David F. Watkins  dwatkins@starrose sandplants.com 215-837-0512 | | | | | $788,369.70 |
| Container Centralen, Inc. Attn: Pres. GP. or Mang. Mbr. 855 E Plant Street Winter Garden, FL 34787 | Greg Chouljian  greg.chouljian@cc-racks.com 407-287-6590 | | | | | $542,360.07 |
| Harrell's LLC Attn: Pres. GP. or Mang. Mbr. P.O. Box 935358 Atlanta, GA 31193 | creditar@harrells.c om 800-780-2774 | | | | | $249,031.05 |
| LM Farms, LLC Attn: Pres. GP. or Mang. Mbr. PO Box 772990 Chicago, IL 60677 | Jeff Kunovic  jeffkunovic@garde nsalivefarms.com 614-327-6426 | | | | | $183,850.00 |
| BWI - Apopka Attn: Pres. GP. or Mang. Mbr. P.O. Box 1328 Plymouth, FL 32768 | 407-884-0242 | | | | | $148,204.76 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor  **Clinton Nurseries of Florida, Inc.**
　　　　 Name

Case number *(if known)*  **17-31899**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bankcard Center** Attn: Pres. GP. or Mang. Mbr. PO Box 4025 Alameda, CA 94501 | **James Salisbury, VP** james.salisbury@bankofthewest.com 916-552-4371 | | | | | $108,934.37 |
| **Southern Wholesale Nursery** Attn: Pres., GP., or Mng. Mbr. 786 Northcutt Cove Road McMinnville, TN 37110 | **Russell Milstead** 931-668-9242 | | | | | $105,069.75 |
| **Qualitree Propagators, Inc.** Attn: Pres. GP. or Mang. Mbr. 51546 Ferry Road Rosedale, BC V0X 1X0, 0 0 | **Deborah Woelders** deborah@qualitree.com 877-794-3375 | | | | | $95,561.50 |
| **ICS** Attn: Pres. GP. or Mang. Mbr. 39 B Teed Dr Randolph, MA 02368 | **Tom Dickerson** 781-760-0480 | | | | | $93,166.82 |
| **Stinchcomb Associates, Inc.** Attn: Pres. GP. or Mang. Mbr. 118 East Adams Street Sandusky, OH 44870 | **Melissa Graham** stinchcomb_melis@accsandusky.com 419-609-2233 | | | | | $65,604.47 |
| **CC Delivery Services, Inc.** Attn: Pres. GP. or Mang. Mbr. 855 E Plant Street Winter Garden, FL 34787 | **Greg Chouljian** greg.chouljian@cc-racks.com 407-287-6590 | | | | | $54,546.00 |
| **Hoffman Nursery** Attn: Pres., GP., or Mng. Mbr. 5520 Bahama Road Rougemont, NC 27572 | **John Hoffman** grassguy@hoffmannnursery.com 919-479-0480 | | | | | $45,045.02 |
| **Universal Forest Products** Attn: Pres. GP. or Mang. Mbr. P.O. Box 127 Stockertown, PA 18083 | 229-567-3481 | | | | | $42,735.20 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor   **Clinton Nurseries of Florida, Inc.**
      Name

Case number *(if known)*   **17-31899**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anthony Tesselaar USA, Inc.** **Attn: Pres., GP., or Mng. Mbr.** **15200 Mansel Avenue** **Lawndale, CA 90260** | **310-349-0714** | | | | | $38,975.80 |
| **Airtec Sprayers, Inc.** **Attn: Pres., GP., or Mng. Mbr.** **P.O. Box 885** **Winter Haven, FL 33882** | **Shana Warfield** **shana@airtecsprayers.com** **863-293-5420** | | | | | $38,600.00 |
| **Imperial Nurseries, Inc.** **Attn: Pres., GP., or Mng. Mbr.** **204 West Newberry Road** **Bloomfield, CT 06002** | **Anthony Galici** **agalici@griffinindustrial.com** **(860) 286-1307** | | | | | $28,767.97 |
| **Cottage Gardens, Inc.** **Attn: Pres. GP. or Mang. Mbr.** **4992 Middle Ridge Road** **Perry, OH 44081** | **Rob Uchtman** **ruchtman@cottagegardensinc.com** **440-725-9199** | | | | | $22,656.00 |
| **Graco Fertilizer Company** **Attn: Pres. GP. or Mang. Mbr.** **P.O. Box 89** **Cairo, GA 39828** | **info@gracofertilizer.com** **229-377-1602** | | | | | $21,117.90 |
| **East Jordan Plastics Inc.** **Attn: Pres. GP. or Mang. Mbr.** **P.O. Box 575** **East Jordan, MI 49727** | **Dave Graham** **dave.graham@ejplastics.com** **231-944-6280** | | | | | $12,065.90 |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Clinton Nurseries of Florida, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT |
| Case number (if known)    **17-31899** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $    2,075,683.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................    $    21,109,619.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................    $    23,185,302.00

---

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    30,721,236.45

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    3,651,643.12

4. Total liabilities ........................................................................................................
   Lines 2 + 3a + 3b                                                                                    $    34,372,879.57

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Clinton Nurseries of Florida, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **17-31899**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Webster Bank** | **Checking** | **9805** | **$735,901.00** |
| 3.2. | **Webster Bank** | **Checking/Payroll** | **9777** | **$200,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$935,901.00**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Talquin Electric deposit** | **$21,780.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Clinton Nurseries of Florida, Inc.**                     Case number *(If known)* **17-31899**
        _____
        Name

9.      **Total of Part 2.**                                                    | **$21,780.00** |

        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:     **693,942.00**  -  **543,942.00**  = ....    **$150,000.00**
                                      face amount          doubtful or uncollectible accounts

        11b. Over 90 days old:        **155,556.00**  -  **155,556.00**  = ....    **$0.00**
                                      face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                    | **$150,000.00** |

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| **Finished goods** | **Ongoing** | **$19,746,438.00** | **Comparable sale** | **$19,746,438.00** |
| 22.   **Other inventory or supplies** | | | | |

23.     **Total of Part 5.**                                                   | **$19,746,438.00** |

        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ☐ No
        ■ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No

                                 Valuation method                Current Value
                          _____       _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number *(If known)* **17-31899** |
|---|---|---|
| | Name | |

☐ Yes. Book value _____ _____ _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops-either planted or harvested** | | | |
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| **Farm machinery and equipment** | $377,216.00 | Comparable sale | $225,000.00 |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | $225,000.00 |

**34.** **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
■ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **Office furniture** | $4,295.00 | Replacement | $500.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Clinton Nurseries of Florida, Inc.**          Case number *(If known)*   **17-31899**
       Name

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---:|
| | **$500.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **See attached** | **$81,360.00** | | **$30,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---:|
| | **$30,000.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Clinton Nurseries of Florida, Inc.** | | Case number *(If known)* **17-31899** |
|---|---|---|---|
| | Name | | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **737 Salem Road, Havana** | Own | $1,474,875.00 | Comparable sale | $1,474,875.00 |
| 55.2. **Buildings** | Own | $360,823.00 | Comparable sale | $360,823.00 |
| 55.3. **Leasehold improvements** | Own | $239,985.00 | Comparable sale | $239,985.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$2,075,683.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** **JBerry** | $0.00 | | Unknown |
| **Star Roses/ The Conard Pyle Company** | $0.00 | | Unknown |
| **McCorkle** | $0.00 | | Unknown |
| **Plant Development Corp.** | $0.00 | | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Clinton Nurseries of Florida, Inc.**                                    Case number *(If known)* **17-31899**
          Name

| | | |
|---|---|---|
| **Spring Meadow Nurseries** | $0.00 | Unknown |
| **Bailey** | $0.00 | Unknown |
| **Greenleaf** | $0.00 | Unknown |
| **Concept Plants** | $0.00 | Unknown |
| **Monrovia** | $0.00 | Unknown |
| **Anthony Tesselaar USA** | $0.00 | Unknown |

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                                            $0.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

     **See attached**                                              Tax year _____              $0.00

73.  **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Clinton Nurseries of Florida, Inc.**                           Case number *(If known)*  **17-31899**
                Name

74.    **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.    **Total of Part 11.**                                                                    $0.00

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number *(If known)* **17-31899** |
|---|---|---|
| | Name | |

<div style="background:black;color:white">**Part 12:**</div>   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $935,901.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $21,780.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $150,000.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $19,746,438.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $225,000.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,000.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................................>* | | $2,075,683.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $21,109,619.00 | + 91b. $2,075,683.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $23,185,302.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Clinton Nurseries of Florida, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **17-31899**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bank of the West**<br>Creditor's Name<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**6873 N. West Avenue, Ste. 102**<br>**Fresno, CA 93711**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket lien on substantially all assets**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$27,700,000.00** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Spring Meadow Nursery, Inc.**<br>Creditor's Name<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**12601 1120th Avenue**<br>**Grand Haven, MI 49417**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$21,236.45** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number (if know) | **17-31899** |
|---|---|---|---|
| | Name | | |

**IN01**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Varilease Finance, Inc.** | | Describe debtor's property that is subject to a lien | $3,000,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | **Blanket lien on all personal property** | | |

**Attn: Pres., GP., or Mng. Mbr.**
**6340 South 3000 East**
**Ste. 400**
**Salt Lake City, UT 84121**
Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $30,721,236.45 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Irve J. Goldman, Esq.** **Pullman & Comley, LLC** **850 Main Street** **P.O. Box 7006** **Bridgeport, CT 06601** | Line  **2.1** | |
| **Jay L. Welford, Esq.** **Jaffe Raitt Heuer & Weiss, P.C** **27777 Franklin Road, Ste. 2500** **Southfield, MI 48034** | Line  **2.3** | |
| **William B. Freeman, Esq.** **Katten Muchin Rosenman** **515 South Flower Street** **Ste. 1000** **Los Angeles, CA 90071** | Line  **2.1** | |

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 2 of 2

**Fill in this information to identify the case:**

Debtor name __**Clinton Nurseries of Florida, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) __**17-31899**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,983.91** |
|---|---|---|---|
| | **A.M. Leonard, Inc.** | ☐ Contingent | |
| | **Attn: Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **P.O. Box 816** | ☐ Disputed | |
| | **Piqua, OH 45356** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __EO01__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$433.99** |
|---|---|---|---|
| | **ADP, Inc.** | ☐ Contingent | |
| | **Attn: Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **P.O. 842875** | ☐ Disputed | |
| | **Boston, MA 02284** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __OM02__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|
| | **Agility Network Technologies** | ☐ Contingent | |
| | **Attn: Pres., GP., or Mng. Mbr.** | ☐ Unliquidated | |
| | **241 John Knox Road, Ste. 100** | ☐ Disputed | |
| | **Tallahassee, FL 32303** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __LI01__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,600.00** |
|---|---|---|---|
| | **Airtec Sprayers, Inc.** | ☐ Contingent | |
| | **Attn: Pres., GP., or Mng. Mbr.** | ☐ Unliquidated | |
| | **P.O. Box 885** | ☐ Disputed | |
| | **Winter Haven, FL 33882** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __TE01__ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Clinton Nurseries of Florida, Inc.**                    Case number (if known) **17-31899**

Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,975.80 |
|---|---|---|---|

**Anthony Tesselaar USA, Inc.**
Attn: Pres., GP., or Mng. Mbr.
15200 Mansel Avenue
Lawndale, CA 90260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **HO01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,196.34 |
|---|---|---|---|

**APXnet**
Attn: Pres. GP. or Mang. Mbr.
2 School Street, Suite 2
Berwick, ME 03901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **NE01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.53 |
|---|---|---|---|

**AT&T**
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 6463
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2473**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.80 |
|---|---|---|---|

**AT&T Readyline (802)**
Attn: Pres. GP. or Mang. Mbr.
PO Box 105068
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **TR02**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,934.37 |
|---|---|---|---|

**Bankcard Center**
Attn: Pres. GP. or Mang. Mbr.
PO Box 4025
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **KC01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,204.76 |
|---|---|---|---|

**BWI - Apopka**
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 1328
Plymouth, FL 32768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **AP01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,546.00 |
|---|---|---|---|

**CC Delivery Services, Inc.**
Attn: Pres. GP. or Mang. Mbr.
855 E Plant Street
Winter Garden, FL 34787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **EL01**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number (if known) | **17-31899** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,963.40**

**Clinton Nurseries, Inc.**
Attn: Pres. GP. or Mang. Mbr.
517 Pond Meadow Road
Westbrook, CT 06498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **NT01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$542,360.07**

**Container Centralen, Inc.**
Attn: Pres. GP. or Mang. Mbr.
855 E Plant Street
Winter Garden, FL 34787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **TA01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,656.00**

**Cottage Gardens, Inc.**
Attn: Pres. GP. or Mang. Mbr.
4992 Middle Ridge Road
Perry, OH 44081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **TA01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,065.90**

**East Jordan Plastics Inc.**
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 575
East Jordan, MI 49727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **TJ01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$770.00**

**FNGLA**
Attn: Pres. GP. or Mang. Mbr.
1533 Park Center Drive
Orlando, FL 32835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **LA01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,117.90**

**Graco Fertilizer Company**
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 89
Cairo, GA 39828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **CO01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$249,031.05**

**Harrell's LLC**
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 935358
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **RE01**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Clinton Nurseries of Florida, Inc.**
Name

Case number *(if known)*  **17-31899**

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,045.02** |
|---|---|---|---|

**Hoffman Nursery**
Attn: Pres., GP., or Mng. Mbr.
5520 Bahama Road
Rougemont, NC 27572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **FM01**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.90** |
|---|---|---|---|

**Home Depot Credit Services**
Dept 32 - 2001993306
Attn: Pres. GP. or Mang. Mbr.
PO Box 9001030
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **ED01**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,166.82** |
|---|---|---|---|

**ICS**
Attn: Pres. GP. or Mang. Mbr.
39 B Teed Dr
Randolph, MA 02368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **CS01**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,767.97** |
|---|---|---|---|

**Imperial Nurseries, Inc.**
Attn: Pres., GP., or Mng. Mbr.
204 West Newberry Road
Bloomfield, CT 06002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **ER01**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,064.46** |
|---|---|---|---|

**InStock Retail Services, Inc**
Attn: Pres. GP. or Mang. Mbr.
128 Holiday Ct Suite 105
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **TO01**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,026.57** |
|---|---|---|---|

**Jerue Companies**
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 33080
Lakeland, FL 33807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **UE01**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,718.19** |
|---|---|---|---|

**John Henry Company**
Attn: Pres. GP. or Mang. Mbr.
75 Remittance Drive, Ste. 3111
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **NH01**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number (if known) | **17-31899** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$183,850.00** |
|---|---|---|---|

**LM Farms, LLC**
Attn: Pres. GP. or Mang. Mbr.
PO Box 772990
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **AR01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,091.79** |
|---|---|---|---|

**Macguyver Media**
Attn: Pres. GP. or Mang. Mbr.
3131 Meetinghouse Road
Boothwyn, PA 19061

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **GU01**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,508.75** |
|---|---|---|---|

**McCorkle Nurseries, Inc.**
Attn: Pres., GP., or Mng. Mbr.
4904 Luckey's Bridge Road SE
Dearing, GA 30808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **OR01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$842,072.60** |
|---|---|---|---|

**Nursery Supplies, Inc.**
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 664010
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **SE01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,708.25** |
|---|---|---|---|

**Prestigious Portable Restrooms**
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 312
Quincy, FL 32353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **ST01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$848.28** |
|---|---|---|---|

**Principle Life Insurance Co.**
Attn: Administration
P.O. Box 10372
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **NC02**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,561.50** |
|---|---|---|---|

**Qualitree Propagators, Inc.**
Attn: Pres. GP. or Mang. Mbr.
51546 Ferry Road
Rosedale, BC V0X 1X0, 0 0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **LI03**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Clinton Nurseries of Florida, Inc.**
_____
Name                                        Case number (*if known*)   **17-31899**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404.66 |
|---|---|---|---|

**Ring Power Corporation**
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 935004
Atlanta, GA 31193

Date(s) debt was incurred _

Last 4 digits of account number  **GP01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,580.28 |
|---|---|---|---|

**Rockdale Transport Services**
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 480
Cairo, GA 39828

Date(s) debt was incurred _

Last 4 digits of account number  **KD01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $920.67 |
|---|---|---|---|

**Sanitation Products**
Attn: Pres. GP. or Mang. Mbr.
8141 Preservation St.
Tallahassee, FL 32312

Date(s) debt was incurred _

Last 4 digits of account number  **IT01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,069.75 |
|---|---|---|---|

**Southern Wholesale Nursery**
Attn: Pres., GP., or Mng. Mbr.
786 Northcutt Cove Road
McMinnville, TN 37110

Date(s) debt was incurred _

Last 4 digits of account number  **TH15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.02 |
|---|---|---|---|

**Staples Advantage**
Department ATL
Attn: Pres. GP. or Mang. Mbr.
PO Box 405386
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number  **PL02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.10 |
|---|---|---|---|

**Staples Credit Plan**
Attn: Pres., GP., or Mng. Mbr.
Dept. 11-0002125136
P.O. Box 9001036
Louisville, KY 40290

Date(s) debt was incurred _

Last 4 digits of account number  **PL01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $788,369.70 |
|---|---|---|---|

**Star Roses**
Attn: Pres. GP. or Mang. Mbr.
P.O. Box 217
Dinuba, CA 93618

Date(s) debt was incurred _

Last 4 digits of account number  **RR01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number (if known) | **17-31899** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,604.47 |
|---|---|---|---|

**Stinchcomb Associates, Inc.**
**Attn: Pres. GP. or Mang. Mbr.**
**118 East Adams Street**
**Sandusky, OH 44870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **NC01**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.80 |
|---|---|---|---|

**Suburban Propane**
**Attn: Pres. GP. or Mang. Mbr.**
**PO Box 260**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **UR01**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Talquin Electric Cooperative**
**Attn: Pres., GP., or Mng. Mbr.**
**P.O. Box 1679**
**Quincy, FL 32353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,999.55 |
|---|---|---|---|

**The Conard Pyle Company**
**Attn: Pres. GP. or Mang. Mbr.**
**25 Lewis Road**
**West Grove, PA 19390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **AR01**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,735.20 |
|---|---|---|---|

**Universal Forest Products**
**Attn: Pres. GP. or Mang. Mbr.**
**P.O. Box 127**
**Stockertown, PA 18083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **VE03**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,651,643.12 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,651,643.12 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Clinton Nurseries of Florida, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **17-31899**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Leases** | |
|     State the term remaining | **De Lage Laden Financial Services, Inc.** |
|     List the contract number of any government contract | **Attn: Pres., GP., or Mng. Mbr.** **P.O. Box 41602** **Philadelphia, PA 19101** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Finance Contracts** | |
|     State the term remaining | **Ford Motor Credit Company, LLC** |
|     List the contract number of any government contract | **Attn: Pres., GP., or Mng. Mbr.** **P.O. Box 65075** **Dallas, TX 75265** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Lease** | |
|     State the term remaining | **Wells Fargo Vendor Financial Services, Inc.** |
|     List the contract number of any government contract | **Attn: Pres., GP., or Mng. Mbr.** **P.O. Box 740540** **Atlanta, GA 30374** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

## SCHEDULE G
## CLINTON NURSERIES OF FLORIDA, INC
## CASE   17-31899

**FL CONTRACTS AT DEC 18,2017**

| FINANCE CONTRACTS |
|---|

**FORD MOTOR CREDIT COMPANY, LLC**
**PO BOX 65075**
**DALLAS, TX  75265**

|  | VIN | ACCT # | PMT | REMAINING |
|---|---|---|---|---|
| 2016 FORD F150 | 1FTMF1C86GFC12898 | 54308822 | 455.86 | 52 |
| 2015 FORD F150 | 1FTEW1CF1FFB49243 | 53254920 | 587.34 | 41 |

| LEASES |
|---|

**DE LAGE LANDEN FINANCIAL SERVICES, INC.**
**PO BOX 41602**
**PHILADELPHIA, PA 19101**

| TRACTORS |
|---|

**LOCATION 114 W.MAIN ST CLINTON**

| CONTRACT # | SERIAL # | MAKE | MODEL | PMT |
|---|---|---|---|---|
| 100-10117341 | AF17E01978 | MITSUBISHI | FG25N | 679.82 |
| 100-10117342 | AF17E01979 | MITSUBISHI | FG25N | 678.13 |

**WELLS FARGO VENDOR FINANCIAL SERVICES, LLC**
**PO BOX 740540**
**ATLANTA, GA 30374**

| RICOH   COPIER | PMT | $ | 187.06 |
|---|---|---|---|

ACCT#   480404-2749666

**Fill in this information to identify the case:**

Debtor name      **Clinton Nurseries of Florida, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **17-31899**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Clinton Nurseries of Florida** | **1415 East Peidmont Drive Ste. 4 Tallahassee, FL 32308** | **Bank of the West** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Clinton Nurseries of Maryland** | **517 Pond Meadow Road Westbrook, CT 06498** | **Bank of the West** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Clinton Nurseries of Maryland** | **517 Pond Meadow Road Westbrook, CT 06498** | **Varilease Finance, Inc.** | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Clinton Nurseries of Maryland** | **517 Pond Meadow Road Westbrook, CT 06498** | **Spring Meadow Nursery, Inc.** | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Clinton Nurseries, Inc.** | **517 Pond Meadow Road Westbrook, CT 06498** | **Varilease Finance, Inc.** | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number *(if known)* | **17-31899** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Clinton Nurseries, Inc.**  517 Pond Meadow Road  Westbrook, CT 06498 | **Spring Meadow Nursery, Inc.** | ■ D __2.2__  ☐ E/F _____  ☐ G _____ |
| 2.7 | **Triem, LLC**  517 Pond Meadow Road  Westbrook, CT 06498 | **Bank of the West** | ■ D __2.1__  ☐ E/F _____  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Clinton Nurseries of Florida, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **17-31899**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**
From  **1/01/2017** to **Filing Date** | ■ Operating a business
☐ Other _____ | $10,791,502.00 |
| **For prior year:**
From  **1/01/2016** to **12/31/2016** | ■ Operating a business
☐ Other _____ | $11,373,346.00 |
| **For year before that:**
From  **1/01/2015** to **12/31/2015** | ■ Operating a business
☐ Other _____ | $10,284,242.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number *(if known)* | **17-31899** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Helena Chemical Co. v. Clinton Nurseries of FL, Inc.**<br>**2017-CA-001032** | **Collection** | **9th Circuit Court**<br>**Orlando, FL** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. **BWI Companies Inc. v. Clinton Nurseries of FL, Inc.**<br>**2017-CA-007426-0** | **Collection** | **9th Circuit**<br>**Orlando, FL** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number *(if known)* **17-31899** |
| --- | --- | --- |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.3. | **Bank of the West v. Clinton Nurseries, Inc., et al.**<br>**17-cv-01858** | | **United States District Court For the District of Connecticut** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Part 5: | Certain Losses |
| --- | --- |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Clinton Nurseries of Florida, Inc.**                    Case number *(if known)*  **17-31899**

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:
   Name of plan                                          Employer identification number of the plan
   **Clinton Nurseries, Inc. 401(k) Profit Sharing Plan and Trust**    EIN:  **06-0861696**

   Has the plan been terminated?
   ■ No
   ☐ Yes

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Clinton Nurseries of Florida, Inc.**

Case number *(if known)*  **17-31899**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of the West** **P.O. Box 2830** **Omaha, NE 68103** | **XXXX-4575** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor   **Clinton Nurseries of Florida, Inc.**                                    Case number *(if known)*   **17-31899**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Judelson, Giordano & Siegal** **633 NY-211** **Middletown, NY 10941** | **3/1/2016 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Lewitz, Balosie, Wollack, Rayner** **& Gioroux, CPA** **36 Elm Street** **Old Saybrook, CT 06475** | **until 3/1/2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Debtor | Clinton Nurseries of Florida, Inc. | Case number *(if known)* | 17-31899 |
| --- | --- | --- | --- |

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

26d.1. **Bank of the West**
**32606 Temecula Pkwy, Ste. 200**
**Temecula, CA 92592**

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| David Richards | 48 Shore Road<br>Clinton, CT 06413 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Michael Richards | 48 Shore Road<br>Clinton, CT 06413 | Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Matthew Richards | 53 Chapman Avenue<br>Westbrook, CT 06498 | Secretary | |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Roland Beneke | 143 Riverton Road<br>Riverton, CT 06065 | Chief Financial Officer | until 2/2017 |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Debtor | **Clinton Nurseries of Florida, Inc.** | Case number *(if known)* **17-31899** |
|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Clinton Nurseries, Inc.** | EIN:    **06-0861696** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | Clinton Nurseries of Florida, Inc. | Case number *(if known)* | **17-31899** |
|---|---|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 16, 2018**

| **/s/ David Richards** | **David Richards** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
■ Yes

SOA #4

Activity From: 12/19/2016 to 12/18/2017

Clinton Nurseries of Florida, Inc. (CNF)

| Bank Code | Description | Check Number | Check Date | Check Amount | Check Type |
|-----------|-------------|--------------|------------|--------------|------------|
| Vendor Number: | LOCAL01  Local Knowledge, LLC | | | | |
| W | Webster Bank  P.O. Box 679 | 000359 | 5/12/2017 | 7,856.46 | Auto |
| W | Webster Bank | 000359 | 5/12/2017 | 7,856.46- | Reversal |
| W | Webster Bank  Westbrook, CT 06498-0679 | 000397 | 5/13/2017 | 7,856.46 | Auto |
| | | Vendor Local Knowledge, LLC Total: | | 7,856.46 | |

**Clinton Nurseries of Florida, Inc.**
Check History Report
> $ 6,425   09/1/2017 thru 12/18/017

SOA #3

Activity From: 9/19/2017 to 12/18/2017

Clinton Nurseries of Florida, Inc. (CNF)

| Bank Code | Description | Check Number | Check Date | Check Amount | Check Type |
|---|---|---|---|---|---|
| | **Vendor Number: AUTOM02 ADP, Inc.** *payroll service provider* | | | | |
| W | Webster Bank *P.o. Box 842875* | 000867 | 9/21/2017 | 842.34 | Auto |
| W | Webster Bank *Boston, MA 02284-2875* | 000889 | 10/4/2017 | 1,856.10 | Auto |
| W | Webster Bank | 000911 | 10/17/2017 | 321.90 | Auto |
| W | Webster Bank | 000928 | 10/26/2017 | 1,388.55 | Auto |
| W | Webster Bank | 000948 | 11/1/2017 | 972.48 | Auto |
| W | Webster Bank | 000969 | 11/9/2017 | 309.30 | Auto |
| W | Webster Bank | 000983 | 11/16/2017 | 433.99 | Auto |
| W | Webster Bank | 000994 | 11/22/2017 | 643.80 | Auto |
| W | Webster Bank | 001012 | 11/30/2017 | 808.02 | Auto |
| W | Webster Bank | 001020 | 12/7/2017 | 1,089.29 | Auto |
| | | | **Vendor ADP, Inc. Total:** | 8,665.77 | |
| | **Vendor Number: AIRTE01 Airtec Sprayers, Inc.** *payments for equipment* | | | | |
| W | Webster Bank *P.o. Box 885* | 000964 | 11/2/2017 | 2,500.00 | Manual |
| W | Webster Bank *Winter Haven, FL 33882* | 000980 | 11/14/2017 | 2,500.00 | Manual |
| W | Webster Bank | 001006 | 11/22/2017 | 2,500.00 | Manual |
| W | Webster Bank | 001018 | 11/30/2017 | 2,500.00 | Manual |
| W | Webster Bank | 001036 | 12/7/2017 | 2,500.00 | Manual |
| | | | **Vendor Airtec Sprayers, Inc. Total:** | 12,500.00 | |
| | **Vendor Number: BAIL01 Bailey Nurseries, Inc.** *Supplier* | | | | |
| W | Webster Bank *1325 Bailey Rd. Newport, MN 55055* | 000912 | 10/17/2017 | 119,861.10 | Auto |
| | | | **Vendor Bailey Nurseries, Inc. Total:** | 119,861.10 | |
| | **Vendor Number: CLARK01 Clark Tractor Co., Inc.** | | | | |
| W | Webster Bank *P.o. Box 606* | 000890 | 10/4/2017 | 6,530.00 | Auto |
| W | Webster Bank *Quincy, FL 32353* | 000913 | 10/17/2017 | 721.40 | Auto |
| W | Webster Bank | 000970 | 11/9/2017 | 6,110.00 | Auto |
| W | Webster Bank | 001021 | 12/7/2017 | 6,110.00 | Auto |
| | | | **Vendor Clark Tractor Co., Inc. Total:** | 19,471.40 | |
| | **Vendor Number: FARMB01 Farm Bureau Insurance** *Insurance* | | | | |
| W | Webster Bank *P.o. Box 147032* | 000870 | 9/21/2017 | 3,929.57 | Auto |
| W | Webster Bank *Gainesville, FL 32614-7032* | 000965 | 11/7/2017 | 5,411.43 | Auto |
| W | Webster Bank | 000966 | 11/7/2017 | 629.66 | Auto |
| W | Webster Bank | 000995 | 11/22/2017 | 4,787.76 | Auto |
| W | Webster Bank | 000996 | 11/22/2017 | 635.66 | Auto |
| W | Webster Bank | 001039 | 12/14/2017 | 5,423.42 | Auto |
| W | Webster Bank | 001039 | 12/14/2017 | 5,423.42- | Reversal |
| | | | **Vendor Farm Bureau Insurance Total:** | 15,394.08 | |
| | **Vendor Number: FLORI17 Florida Blue** *Insurance* | | | | |
| W | Webster Bank *P.o. Box 660299* | 000892 | 10/4/2017 | 33,793.09 | Auto |
| W | Webster Bank *Dallas, TX 75266-0299* | 000971 | 11/9/2017 | 32,996.27 | Auto |
| W | Webster Bank | 001023 | 12/7/2017 | 27,912.57 | Auto |
| | | | **Vendor Florida Blue Total:** | 94,701.93 | |
| | **Vendor Number: GRACO01 Graco Fertilizer Company** *Supplier* | | | | |
| W | Webster Bank *P.o. Box 89* | 000872 | 9/21/2017 | 12,539.80 | Auto |
| W | Webster Bank *Cairo, GA 39828* | 000895 | 10/4/2017 | 16,024.70 | Auto |
| W | Webster Bank | 000915 | 10/17/2017 | 9,036.30 | Auto |
| W | Webster Bank | 000932 | 10/26/2017 | 18,792.45 | Auto |
| W | Webster Bank | 000950 | 11/1/2017 | 16,576.85 | Auto |
| W | Webster Bank | 000972 | 11/9/2017 | 14,462.50 | Auto |
| W | Webster Bank | 000984 | 11/16/2017 | 21,117.90 | Auto |
| W | Webster Bank | 000999 | 11/22/2017 | 14,188.00 | Auto |
| W | Webster Bank | 000999 | 11/22/2017 | 14,188.00- | Reversal |
| W | Webster Bank | 001019 | 11/30/2017 | 42,623.50 | Manual |
| W | Webster Bank | 001024 | 12/7/2017 | 18,246.40 | Auto |
| | | | **Vendor Graco Fertilizer Company Total:** | 169,420.40 | |
| | **Vendor Number: HINSO01 Hinson Oil Company** *Oil Supplier* | | | | |
| | *2040 MLK Blvd. Quincy, FL 32351* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | | 000873 | 9/21/2017 | 2,369.51 | Auto |
| W | Webster Bank | | 000896 | 10/4/2017 | 2,723.78 | Auto |
| W | Webster Bank | | 000985 | 11/16/2017 | 9,036.80 | Auto |
| W | Webster Bank | | 001025 | 12/7/2017 | 1,902.14 | Auto |

Vendor Hinson Oil Company Total: 16,032.23

**Vendor Number:   IMPER01  Imperial Nurseries, Inc.**   *rent*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 204 W. Newberry Rd. | 000885 | 10/3/2017 | 33,333.33 | Manual |
| W | Webster Bank | Bloomfield, CT 06002 | 000934 | 10/26/2017 | 33,333.33 | Auto |
| W | Webster Bank | | 000986 | 11/16/2017 | 28,767.97 | Auto  *property tax* |
| W | Webster Bank | | 001000 | 11/22/2017 | 33,333.33 | Auto |

Vendor Imperial Nurseries, Inc. Total: 128,767.96

**Vendor Number:   JERUE01  Jerue Companies**   *trucking vendor*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 35080 | 000875 | 9/21/2017 | 42,138.17 | Auto |
| W | Webster Bank | Lakeland, FL 33807-3080 | 000897 | 10/4/2017 | 11,000.57 | Auto |
| W | Webster Bank | | 000916 | 10/17/2017 | 10,310.21 | Auto |
| W | Webster Bank | | 000935 | 10/26/2017 | 10,726.80 | Auto |
| W | Webster Bank | | 000951 | 11/1/2017 | 5,483.61 | Auto |
| W | Webster Bank | | 000973 | 11/9/2017 | 2,950.19 | Auto |
| W | Webster Bank | | 000987 | 11/16/2017 | 6,026.57 | Auto |
| W | Webster Bank | | 001014 | 11/30/2017 | 2,300.00 | Auto |

Vendor Jerue Companies Total: 90,936.12

**Vendor Number:   PDSI001  PDSI**   *supplier  IP*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 670 | 000918 | 10/17/2017 | 23,020.80 | Auto |
| | | Loxley, AL 36551 | | | | |

Vendor PDSI Total: 23,020.80

**Vendor Number:   RETAI01  Retail First Insurance Company**   *insurance*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 32034 | 000878 | 9/21/2017 | 12,307.46 | Auto |
| W | Webster Bank | Lakeland, FL 33802-2034 | 000967 | 11/7/2017 | 12,307.46 | Auto |
| W | Webster Bank | | 001009 | 11/28/2017 | 12,307.46 | Manual |

Vendor Retail First Insurance Company Total: 36,922.38

**Vendor Number:   RICEP01  Rice Pugatch Robinson Storfer**   *professional/ atty*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 101 NE 3rd Ave, Suite 1800 | 000879 | 9/21/2017 | 10,000.00 | Auto |
| | | Ft. Lauderdale, FL 33301 | | | | |

Vendor Rice Pugatch Robinson Storfer Total: 10,000.00

**Vendor Number:   ROCKD01  Rockdale Transport Services**   *trucking supplier*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 480 | 000900 | 10/4/2017 | 13,107.22 | Auto |
| W | Webster Bank | Cairo, GA 39828 | 000921 | 10/17/2017 | 9,778.53 | Auto |
| W | Webster Bank | | 000938 | 10/26/2017 | 11,683.38 | Auto |
| W | Webster Bank | | 000956 | 11/1/2017 | 10,139.78 | Auto |
| W | Webster Bank | | 000976 | 11/9/2017 | 2,909.85 | Auto |
| W | Webster Bank | | 000990 | 11/16/2017 | 5,580.28 | Auto |

Vendor Rockdale Transport Services Total: 53,199.04

**Vendor Number:   SPRIN01  Spring Meadow Nursery, Inc.**   *supplier  I IP*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 12601 120th Ave. | 000944 | 10/26/2017 | 13,062.75 | Manual |
| | | Grand Haven, MI 44417-9621 | | | | |

Vendor Spring Meadow Nursery, Inc. Total: 13,062.75

**Vendor Number:   SUNBE01  Sunbelt Rentals, Inc.**   *supplier*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 409211 | 000902 | 10/4/2017 | 3,534.16 | Auto |
| W | Webster Bank | Atlanta, GA 30384-9211 | 000960 | 11/1/2017 | 1,767.08 | Auto |
| W | Webster Bank | | 001016 | 11/30/2017 | 1,767.08 | Auto |

Vendor Sunbelt Rentals, Inc. Total: 7,068.32

**Vendor Number:   TALQU01  Talquin Electric Cooperative**   *utilities*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 1679 | 000882 | 9/21/2017 | 6,302.29 | Auto |
| W | Webster Bank | Quincy, FL 32353 | 000903 | 10/4/2017 | 17,826.84 | Auto |
| W | Webster Bank | | 000940 | 10/26/2017 | 5,242.46 | Auto |
| W | Webster Bank | | 000961 | 11/1/2017 | 17,029.10 | Auto |
| W | Webster Bank | | 001017 | 11/30/2017 | 19,343.60 | Auto |

Vendor Talquin Electric Cooperative Total: 65,744.29

**Vendor Number:   UNITE04  United Rental, INC.**   *supplier*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 100711 | 000883 | 9/21/2017 | 2,177.95 | Auto |
| W | Webster Bank | Atlanta, GA 30384-0711 | 001005 | 11/22/2017 | 6,533.86 | Auto |
| W | Webster Bank | | 001033 | 12/7/2017 | 1,088.98 | Auto |

Vendor United Rental, Inc. Total: 9,800.79

**Vendor Number:   WINFI01  Winfield Solutions**   *supplier*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 62197 Collections Center Dr. | 000925 | 10/17/2017 | 4,986.30 | Auto |
| W | Webster Bank | Chicago, IL 60693-0621 | 000942 | 10/26/2017 | 713.59 | Auto |
| W | Webster Bank | | 001035 | 12/7/2017 | 5,111.88 | Auto |

# VEHICLE LIST

| YEAR | MAKE | MODEL | CO VEH # | FIXED ASSET # | LOC | V.I.N. # | TAG # | Mileage as of June 1, 2017 |
|------|------|-------|----------|---------------|-----|----------|-------|----------------------------|
| 2012 | FORD | F150 | | | FL | 1FTMF1CM3CFA89696 | AHMW80 | 41164 |
| 2012 | FORD | F150 | | | FL | 1FTMF1CM5CFA89697 | AHMW82 | 194747 |
| 2012 | FORD | F150 | | | FL | 1FTMF1CM7CFA89698 | AHMW81 | 49986 |
| 2010 | FORD | P/U | 18 | | FL | 1FTMF1CW9AKB56145 | GZJD93 | 138815 |
| 2007 | FORD | EXP TRAC | 10 | 000027 | FL | 1FMEU31K07UA24826 | LO55KI | 143815 |
| 2006 | FORD | P/U F250 | | 000026 | FL | 1FTNF20536EC48993 | W648RS | 156352 |
| 2004 | FORD | P/U F150 | 6 | 000023 | FL | 1FTPX14524NC28015 | X27SXE | 238221 |
| 2002 | FORD | EXPL | 4 | | FL | 1FMZU62E52UC40353 | 589IDD | 217055 |
| 2002 | FORD | P/U F250 | 11 | | FL | 1FTNF21L62EC48882 | 588IDD | 195198 |
| 2015 | FORD | P/U F150 | | | FL | 1FTEW1CF1FFB49243 | GPVU73 | 46594 |
| 2016 | FORD | P/U F150 | | | FL | 1FTMF1C86GFD13245 | HFGK74 | 18048 |
| 2005 | CHEVY | P/U | | | FL | 2GCEK19B751292073 | GCJG63 | 278891 |
| 2010 | FORD | P/U F150 | 19 | | FL | 1FTMF1CW0AKB56146 | HFGL69 | 92314 |
| 2010 | CHEVY | P/U | | | FL | 1GCPCPEX2AZ266170 | | 24195 |
| 2016 | FORD | P/U F150 | | | FL | 1FTMF1C86GFC12898 | HPPN03 | 8052 |

| YEAR | MAKE | MODEL | CO VEH # | FIXED ASSET # | LOC | V.I.N. # | TAG # | Mileage as of June 1, 2017 |
|------|------|-------|----------|---------------|-----|----------|-------|----------------------------|
| 2008 | FORD | P/U F150 | | | FL | 1FTRF12278KB81074 | NO TAG | 190350 |
| 2006 | FORD | P/U F250 | 16 | 000025 | FL | 1FTNX20556ED23156 | MIM98W | 229968 |
| 2004 | FORD | P/U F250 | 8 | 000024 | FL | 1FTNF20L34EC96571 | MIM99W | 212855 |
| 1997 | FORD | P/U F150 | 12 | 000021 | FL | 1FTZF1768WNB05290 | NO TAG | 235973 |
| 1997 | FORD | P/U F150 | 3 | 000018 | FL | 1FTDF18WXVND33007 | NO TAG | 22314 |
| 1992 | GMC | P/U | | | FL | 1GTEC1425PE512376 | NO TAG | 1646372 |

## SUMMARY OF NOL CARRYFORWARDS

| | CNC | | CNM | | | CNF | |
|---|---|---|---|---|---|---|---|
| | CT FED | CT STATE | MD FED | MD STATE | CT TAX | FL FED | FL STATE |
| 2001 | | 52,169 | | | | | |
| 2005 | | 960,253 | | | | | |
| 2006 | | 302,229 | | | | | |
| 2007 | | 363,030 | | | | | |
| 2008 | | 779,949 | | | | | |
| 2009 | | 320,133 | | | | | |
| 2011 | | 305,859 | 1,477,193 | 1,477,193 | | | |
| 2012 | 1,681,823 | 2,026,464 | 5,323,164 | 5,323,164 | 271,559 | | |
| 2013 | | | 5,399,852 | 5,399,852 | 337,248 | 466,199 | 466,199 |
| 2014 | 1,188,801 | 1,195,076 | 2,889,600 | 2,889,600 | 281,183 | 700,024 | 700,024 |
| 2015 | 2,918,885 | 2,920,902 | 7,212,766 | 7,212,766 | 364,037 | 774,557 | 774,557 |
| 2016 | 2,918,770 | 2,918,520 | 1,964,279 | 1,964,279 | 40,708 | | |
| 2017 | 5,529,150 | 5,528,900 | 4,828,936 | 4,256,790 | 572,146 | 3,961,000 | 3,961,000 |
| TOTAL | 14,237,429 | 17,673,484 | 29,095,790 | 28,523,644 | 1,866,881 | 5,901,780 | 5,901,780 |
| RATE: | 0.20 | 0.075 | 0.20 | 0.0825 | 0.075 | 0.20 | 0.055 |
| VALUE OF NOL | 2,847,486 | 1,325,511 | 5.819.158 | 2.353.201 | 140.016 | 1,180,356 | 324,598 |

| TOTAL FED | 49,234,999 |
|---|---|
| TOTAL CT STATE | 19,540,365 |
| TOTAL MD STATE | 28,523,644 |
| TOTAL FL STATE | 5,901,780 |
| TOTAL STATE | 53,965,789 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re  **Clinton Nurseries of Florida, Inc.**  
                                 Debtor(s)  
Case No.  **17-31899**  
Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept                       $    **175,000.00**

        Prior to the filing of this statement I have received            $    **175,000.00**

        Balance Due                                       $    **0.00**

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;  
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;  
    d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 16, 2018**  
*Date*

/s/ Eric Henzy  
**Eric Henzy ct12849**  
*Signature of Attorney*  
**Zeisler & Zeisler, P.C.**  
**10 Middle Street, 15th Floor**  
**P.O. Box 1220**  
**Bridgeport, CT 06604**  
**(203) 368-4234  Fax: (203) 367-9678**  
**info@zeislaw.com**  
*Name of law firm*

# United States Bankruptcy Court
## District of Connecticut

In re    **Clinton Nurseries of Florida, Inc.**                                              Case No.    **17-31899**
Debtor(s)                                                     Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Clinton Nurseries, Inc.**<br>**517 Pond Meadow Road**<br>**Westbrook, CT 06498** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 16, 2018**                          Signature    **/s/ David Richards**
                                                                              **David Richards**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Connecticut

In re   **Clinton Nurseries of Florida, Inc.**

Debtor(s)

Case No.   **17-31899**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Clinton Nurseries of Florida, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Clinton Nurseries, Inc.**
**517 Pond Meadow Road**
**Westbrook, CT 06498**

☐ None [*Check if applicable*]

**January 16, 2018**

Date

**/s/ Eric Henzy**

**Eric Henzy ct12849**

Signature of Attorney or Litigant

Counsel for   **Clinton Nurseries of Florida, Inc.**

**Zeisler & Zeisler, P.C.**
**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**
**(203) 368-4234 Fax:(203) 367-9678**
**info@zeislaw.com**